| Attorney or Appellant Name, Address, Telephone, and Fax Number | FOR COURT USE ONLY |
|---|---|
| William J. Delaney, Esq. (#3643)<br>Tillinghast Licht LLP<br>10 Weybosset Street<br>Providence, RI 02903<br>(401) 456-1200; (401) 456-1210 (fax)<br>*Attorney for Appellant* | |
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF RHODE ISLAND** | |
| In re:<br>Rita C. Callahan<br>Debtor (s) | |
| Debtor's Social Security No(s). xxx xx 6204 | CHAPTER 7<br>CASE NUMBER 06-11507 |
| Employer's Tax Identification Nos. [if any] | ADVERSARY NUMBER |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☐ plaintiff ☐ defendant or ☒ other party (specify name of party) The Cadle Company/ C&W Acquisition Company, LLC, appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order or decree) ordered entered in this adversary proceeding or other proceeding (describe other proceeding) in the Debtor's case on the 30th day of May, (year) 2007.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

   (Print or type names, addresses, telephone, and fax numbers)

Stacy B. Ferrara, Trustee
505 Tiogue Avenue, Suite B
Coventry, RI 02816
(401) 823-7991

Charles A. Pisaturo, Jr., Esq.
1055 Elmwood Avenue
Providence, RI 02903
(401) 274-3800

**CONTINUED ON NEXT PAGE**

Notice of Appeal - Page Two (2)

**Form 17**

| In re (SHORT TITLE) | CHAPTER 7 |
| --- | --- |
| Rita C. Callahan Debtor. | CASE NUMBER 06-11507 |

Dated: June 1, 2007

/s/William J. Delaney
Signature (*Attorney for Appellant or Appellant if not represented by an Attorney*)

(Print or type name, address, telephone and fax numbers)

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**

## PROOF OF SERVICE

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

1. I am employed in the County of Providence, State of Rhode Island. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. ~~Regular Mail~~ Service: On June 1, 2007, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by ~~placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at ______________, Rhode Island, addressed as set forth below.~~

by CM/ECF to the following:

Stacy B. Ferrara, Trustee and Charles A. Pisaturo, Jr., Esq.

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

William J. Delaney
*Type Name*

/s/William J. Delaney
*Signature*