Form B

$250.00 filing fee for AP 06-1055 must be paid prior to case closing.UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. #____06-11507________ [CA] [BAP] #____________________

2. Title of Bankruptcy Case___RitaC. Callahan________________

3. Appellant:____The Cadle Company____________________

   Name & Address of Counsel for Appellant(s):

   William Delaney, Esq. , Tilllinghast Licht LLP

   10 Weybosset Street, Providence, RI 02903

4. Appellee: Trustee Stacy Ferrara, Debtor Rita Callahan

   Name & Address of Counsel for Appellee(s):

   For Trustee: Stacy Ferrara Esq. , 505 Tiogue Avenue

   Suite B, Coventry, RI 02816

5. Additional Counsel: For Debtor: Charles Pisaturo, Esq.

   Law Offices of Charles Pisaturo, 1055 Elmwood Avenue,

   Providence, RI 02907

   Office of the U. S. Trustee, 10 Dorrance Street,

   Providence, RI 02903 (401) 528-5551

6. Related Case(s) on Appeal: Yes______ No____X____

7. Special Comments:______________________________