**R.I. Bankr. Form S**
***See* R.I. LBR 8001-1**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Rita C. Callahan, Debtor(s)

BK No. 06-11507
Chapter 7

**APPELLANT ELECTION FORM**

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated May 30, 2007, Doc. No. 54.

| | |
|---|---|
| The Cadle Company/<br>APPELLANT(S)<br>C&W Asset Acquisition, LLC | Debtor Rita C. Callahan<br>Trustee Stacy B. Ferrara<br>APPELLEE(S) |
| William J. Delaney (#3643)<br><br>Attorney<br>(Firm Name, Address, and Telephone No.)<br>Tillinghast Licht LLP<br>10 Weybosset Street<br>Providence, RI 02903<br>401-456-1200 | Charles A. Pisaturo, Jr., Esq.<br>Attorney (If known)<br>Stacy B. Ferrara, Trustee |

[ ] I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

[X] I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: /s/William J. Delaney
Signature of Attorney (or Appellant, if pro se)

Dated: June 1, 2007