***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)626-3100***

**Rita C. Callahan**

Debtor(s)

BK No. **1:06-bk-11507**

Chapter **7**

Judge: **Arthur N. Votolato**

## ***JUDGMENT ORDER***

Pursuant to the order entered this date, judgment is hereby entered regarding;

**Judgment Order re: [54] Order Denying Objection of The Cadle Company to the Debtor's Claim of Exemptions.**

Judgment #: 1:06–bk–11507 – 62 – 54

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **6/4/07**
Document Number: ***62 - 54***

By: **LLC**
Deputy Clerk

judgement.jsp #404