**TerminateDeadline, DISCHARGED, MEANSNO, 7Asset, APPEAL**

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Bankruptcy Petition #: 1:06-bk-11507

*Assigned to:* Judge Arthur N. Votolato
Chapter 7
Voluntary
Asset

*Date Filed:* 12/19/2006
*Date Discharged:* 03/15/2007

***Debtor***
**Rita C. Callahan**
1 Poppasquash Road
Bristol, RI 02809
SSN: xxx-xx-6204

represented by **Charles A. Pisaturo, Jr.**
Law Offices of Charles A. Pisaturo Jr.
1055 Elmwood Avenue
Providence, RI 02907
(401) 274-3800
Email: cpisaturo@earthlink.net

***Trustee***
**Stacy B. Ferrara**
505 Tiogue Avenue
Suite B
Coventry, RI 02816
(401) 823-7991

represented by **Stacy B. Ferrara**
Suite B
505 Tiogue Avenue
Coventry, RI 02816
(401) 823-7991
Email: stacyferrara@earthlink.net

***U.S. Trustee***
**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551

Attest a True Copy
Susan M. Thurston
Clerk
Deputy Clerk

| Filing Date | # | Docket Text |
|---|---|---|
| 12/19/2006 | 1 | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Rita C. Callahan. Declaration re: Electronic Filing, Form P.3 Due By: 1/3/2007. (Pisaturo, Charles) (Entered: 12/19/2006) |
| 12/19/2006 | 2 | Receipt of filing fee for Voluntary Petition (Chapter |

| | | |
|---|---|---|
| | | 7)(1:06-bk-11507) [misc,volp7a] ( 299.00). Receipt number 532408, amount $ 299.00. (U.S. Treasury) (Entered: 12/19/2006) |
| 12/19/2006 | 3 | Certificate of Credit Counseling *for Rita C. Callahan, Performed on November 28, 2006,* Filed by Debtor Rita C. Callahan. (Pisaturo, Charles) (Entered: 12/19/2006) |
| 12/19/2006 | 4 | First Meeting of Creditors & Notice of Appointment of Interim Trustee Stacy B. Ferrara with 341(a) Meeting to be held on 01/10/2007 at 02:00 PM at Office of the U.S. Trustee Objections to Discharge due by 03/12/2007 (Entered: 12/19/2006) |
| 12/20/2006 | 5 | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Rita C. Callahan). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents Due By: 1/4/2007. (Watts, Jennifer) (Entered: 12/20/2006) |
| 12/20/2006 | | Financial Management Course Certificate Verifying Completion Due: . Financial Management Certificate due: 2/26/2007. (Watts, Jennifer) (Entered: 12/20/2006) |
| 12/20/2006 | 6 | Employee Income Records *for Rita C. Callahan,* Filed by Debtor Rita C. Callahan. (Pisaturo, Charles) (Entered: 12/20/2006) |
| 12/21/2006 | 7 | Declaration Re: Electronic Filing P.3 related document(s)1 Voluntary Petition - Case Upload filed by Debtor. (Cory, Lucinda) (Entered: 12/21/2006) |
| 12/21/2006 | 8 | Application to Employ Stacy B. Ferrara as counsel Filed by Trustee Stacy B. Ferrara. Declaration re: Electronic Filing, Form P.4 Due By: 1/5/2007. Objections to Motion Due: 1/3/2007. (Attachments: # 1 Affidavit) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Ferrara, Stacy) (Entered: 12/21/2006) |
| 12/22/2006 | 9 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 5 Notice of Missing Documents, ) Service Date 12/22/2006. (Admin.) (Entered: 12/23/2006) |
| 12/22/2006 | 10 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 4 First Meeting (Chapter 7)) Service Date 12/22/2006. (Admin.) (Entered: 12/23/2006) |

| | | |
|---|---|---|
| 12/22/2006 | 11 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 4 First Meeting (Chapter 7)) Service Date 12/22/2006. (Admin.) (Entered: 12/23/2006) |
| 12/26/2006 | | Request for Notice (Text Only) Filed by Creditor Cadles of Grassy Meadows II, L.L.C.. (Young, Megan) (Entered: 12/26/2006) |
| 01/05/2007 | 12 | Order Granting Trustee's Application to Employ Counsel (Related Doc # 8) . (Spaight, Linda) (Entered: 01/05/2007) |
| 01/07/2007 | 13 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 12 Order on Application to Employ) Service Date 01/07/2007. (Admin.) (Entered: 01/08/2007) |
| 01/08/2007 | 14 | Amended Schedule(s)/Statements Filed: Schedule B, [Fee Due No] Filed by Debtor Rita C. Callahan. Declaration re: Electronic Filing, Form P.4 Due By: 1/23/2007. (Attachments: # 1 Exhibit Certificate of Service RE: Amended Schedule B) (Pisaturo, Charles) (Entered: 01/08/2007) |
| 01/11/2007 | | Trustee's Initial Report re: Possible Assets & First Meeting Held (Ferrara, Stacy) (Entered: 01/11/2007) |
| 01/12/2007 | 15 | Notice of Appearance and Request for Notice Filed by William J. Delaney on behalf of The Cadle Company. (Delaney, William) (Entered: 01/12/2007) |
| 01/12/2007 | 16 | Objection Filed by Creditor The Cadle Company re 1 Voluntary Petition (Chapter 7) filed by Debtor Rita C. Callahan). (Delaney, William) (Entered: 01/12/2007) |
| 01/16/2007 | 17 | Order Striking,Without Prejudice, Defective Document 16 Objection filed by Creditor The Cadle Company . Wrong Event Used, must be refiled. (Cory, Lucinda) (Entered: 01/16/2007) |
| 01/18/2007 | 18 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 17 Order Striking) Service Date 01/18/2007. (Admin.) (Entered: 01/19/2007) |
| 01/19/2007 | 19 | Objection to Debtor's Claim of *exemption in funds currently being held by her employer* Exemptions Filed by Trustee Stacy B. Ferrara (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Rita C. Callahan). Objections to Motion Due: 2/1/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule |

| | | |
|---|---|---|
| | | 9013-2(e)(3).(Ferrara, Stacy) (Entered: 01/19/2007) |
| 01/22/2007 | 20 | Objection to Debtor's Claim of Exemptions Filed by Creditor The Cadle Company (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Rita C. Callahan). Objections to Motion Due: 2/5/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Delaney, William) (Entered: 01/22/2007) |
| 01/22/2007 | 21 | Response to *The Cadle Company's Objection to Debtor's Claim of Exemptions* Filed by Debtor Rita C. Callahan re 20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company). (Attachments: # 1 Exhibit Order Dated October 2, 1996, Exhibit A# 2 Exhibit Motion to Charge dated November 9, 2006, Exhibit B) (Pisaturo, Charles) (Entered: 01/22/2007) |
| 02/02/2007 | 22 | Declaration Re: Electronic Filing (related document(s)14 Amended Schedules and Statements, filed by Debtor Rita C. Callahan). (Cory, Lucinda) (Entered: 02/02/2007) |
| 02/05/2007 | 23 | Hearing Set (re: 19 Objection to Debtor's Claim of Exemptions filed by Trustee Stacy B. Ferrara, 20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company, 21 Response filed by Debtor Rita C. Callahan. Hearing scheduled for 2/21/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 02/05/2007) |
| 02/07/2007 | 24 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 23 Hearing, ) Service Date 02/07/2007. (Admin.) (Entered: 02/08/2007) |
| 02/20/2007 | 25 | Agreed Motion to Continue Hearing *Regarding Objection to Exemptions,* Filed by Debtor Rita C. Callahan, re 19 Trustee's Obj to Claim of Exemption; 20 Objection to Exemption filed by Cadle Company, and 21 Debtor's Response to Obj of Cadle Company to Exemption Claim. (Pisaturo, Charles) Modified linkage and parties on 2/20/2007 (Cory, Lucinda). (Entered: 02/20/2007) |
| 02/20/2007 | 26 | Order Granting 25 Motion To Continue/Reschedule Hearing On 19] Trustee's Objection to Debtor's Claim of Exemptions, 20 Cadle Company's Objection to Debtor's Claim of Exemptions, 21 Response of Debtor. Hearing rescheduled for 3/1/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 02/20/2007) |
| 02/22/2007 | 27 | Financial Management Course Certificate *Performed on February 21, 2007,* Filed by Debtor Rita C. Callahan (related document(s) Set |

| | | |
|---|---|---|
| | | Financial Management Deadline). (Pisaturo, Charles) (Entered: 02/22/2007) |
| 02/22/2007 | | Hold Closing and Ntcapr Flags Terminated (Cory, Lucinda) (Entered: 02/22/2007) |
| 02/22/2007 | 28 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 26 Order on Motion to Continue/Reschedule Hearing, ) Service Date 02/22/2007. (Admin.) (Entered: 02/23/2007) |
| 02/22/2007 | 29 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 26 Order on Motion to Continue/Reschedule Hearing, ) Service Date 02/22/2007. (Admin.) (Entered: 02/23/2007) |
| 02/27/2007 | 30 | Motion to Continue Hearing *Currently Scheduled for March 1, 2007 at 10:00 A.M.,* Filed by Debtor Rita C. Callahan (related document(s)20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company, 21 Response, filed by Debtor Rita C. Callahan, 19 Objection to Debtor's Claim of Exemptions, filed by Trustee Stacy B. Ferrara). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Pisaturo, Charles) (Entered: 02/27/2007) |
| 02/28/2007 | 31 | Order Granting 30 Motion To Continue/Reschedule Hearing On 19 Objection to Debtor's Claim of Exemptions,, 20 Objection to Debtor's Claim of Exemptions, 21 Response. Hearing rescheduled for 3/15/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 02/28/2007) |
| 03/02/2007 | 32 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 31 Order on Motion to Continue/Reschedule Hearing, ) Service Date 03/02/2007. (Admin.) (Entered: 03/03/2007) |
| 03/02/2007 | 33 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 31 Order on Motion to Continue/Reschedule Hearing, ) Service Date 03/02/2007. (Admin.) (Entered: 03/03/2007) |
| 03/11/2007 | 34 | Motion to Extend Time until April 1, 2007 to File Complaint Objecting to Discharge Filed by Creditor Cadles of Grassy Meadows II, L.L.C. (related document(s)10 BNC Certificate of Mailing - PDF Document). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Delaney, William) (Entered: 03/11/2007) |

| | | |
|---|---|---|
| 03/12/2007 | 35 | Joint Pre-Trial Order Filed by Debtor Rita C. Callahan , Trustee Stacy Ferrara and The Cadle Company (related document(s)20 Objection to Debtor's Claim of Exemptions filed by Creditor The Cadle Company and 19 Trustee's Objection to Exemption. (Pisaturo, Charles) Modified party filers and linkage on 3/13/2007 (Cory, Lucinda). (Entered: 03/12/2007) |
| 03/13/2007 | 36 | Hearing Set (re: 34 Motion to Extend Time filed by Creditor Cadles of Grassy Meadows II, L.L.C. Hearing scheduled for 3/15/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 03/13/2007) |
| 03/13/2007 | 37 | Objection *to Motion to Extend Deadline to Object to Discharge Filed by the Cadle Company,* Filed by Debtor Rita C. Callahan re 34 Motion to Extend Time, filed by Creditor Cadles of Grassy Meadows II, L.L.C.). (Pisaturo, Charles) (Entered: 03/13/2007) |
| 03/13/2007 | | ECF Corrective Entry- Document is linked incorrectly, Incorrect party filers chosen. Linkage created to correct relationship. (related document(s)35 Joint Pre-Trial Order, filed by Trustee Stacy B. Ferrara, Debtor Rita C. Callahan, Creditor The Cadle Company and party filers edited. (Cory, Lucinda) (Entered: 03/13/2007) |
| 03/13/2007 | 38 | Addendum *to Joint Pre-Trial Order,* Filed by Debtor Rita C. Callahan (related document(s)35 Joint Pre-Trial Order, filed by Trustee Stacy B. Ferrara, Debtor Rita C. Callahan, Creditor The Cadle Company). (Attachments: # 1 Exhibit B-October 2, 1996 Superior Court Judgment# 2 Exhibit C-January 27, 1997 Motion to Charge Garnishee# 3 Exhibit D-November 12, 1999 Assignment of Order# 4 Exhibit E-March, 2006 Citizens Bank Statement# 5 Exhibit F-February, 2006 Motion to Attach# 6 Exhibit G-November 9, 2006 Motion to Charge Garnishee# 7 Exhibit Certificate of Service RE: Addendum) (Pisaturo, Charles) (Entered: 03/13/2007) |
| 03/15/2007 | | Hearing Held re 19 Objection to Debtor's Claim of Exemptions filed by Trustee Stacy B. Ferrara, 20 Objection to Debtor's Claim of Exemptions filed by Creditor The Cadle Company, 21 Response filed by Debtor Rita C. Callahan). APPEARANCES: Ferrara, Pisaturo, Delaney . Parties agree that the matter may be decided by memoranda of law. Court set 30 days for parties to file memos. Briefs due by: 4/16/2007. Then matter under advisement. (Cory, Lucinda) (Entered: 03/15/2007) |
| 03/15/2007 | | Hearing Held (related document(s)34 Motion to Extend Time (523/727) filed by Creditor Cadles of Grassy Meadows II, L.L.C. APPEARANCES: Delaney, Pisaturo, Ferrara . Delaney advised the |

| | | |
|---|---|---|
| | | motion is withdrawn. (Cory, Lucinda) (Entered: 03/15/2007) |
| 03/15/2007 | | Withdrawal of Document (related document(s)34 Motion to Extend Time, filed by Creditor Cadles of Grassy Meadows II, L.L.C. *See Hearing Held Dated :3/15/07* (Cory, Lucinda) (Entered: 03/15/2007) |
| 03/15/2007 | 39 | Order Discharging Debtor (Cory, Lucinda) (Entered: 03/15/2007) |
| 03/15/2007 | 40 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 36 Hearing) Service Date 03/15/2007. (Admin.) (Entered: 03/16/2007) |
| 03/17/2007 | 41 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 39 Order Discharging Debtor) Service Date 03/17/2007. (Admin.) (Entered: 03/18/2007) |
| 04/13/2007 | 42 | Motion to Extend Time until April 30, 2007 to File Memoranda Filed by Debtor Rita C. Callahan and Trustee (related document(s)20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Pisaturo, Charles) Modified party filers on 4/16/2007 (Cory, Lucinda). (Entered: 04/13/2007) |
| 04/16/2007 | | ECF Corrective Entry- Incorrect party filer selected. Correct party filer substituted. (related document(s)42 Motion to Extend Time, filed by Trustee Stacy B. Ferrara, Debtor Rita C. Callahan). (Cory, Lucinda) (Entered: 04/16/2007) |
| 04/17/2007 | 43 | Order Granting 42 Motion to Extend Time to: File Memoranda of Law re 19 Objection to Exemption and 20 Objection to Exemption . Updated Deadline Due By:4/30/2007. (Cory, Lucinda) (Entered: 04/17/2007) |
| 04/19/2007 | 44 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 43 Order on Motion to Extend Time) Service Date 04/19/2007. (Admin.) (Entered: 04/20/2007) |
| 04/28/2007 | 45 | Motion to Extend Time until May 18, 2007 to File Brief on Objection to Debtor's Exemption Filed by Creditor The Cadle Company (related document(s)20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Delaney, William) (Entered: 04/28/2007) |

| | | |
|---|---|---|
| 04/30/2007 | 46 | Response to *Cadle Company's Request for Extension of Time to File Briefs* Filed by Debtor Rita C. Callahan, Trustee Stacy B. Ferrara re 45 Motion to Extend Time, filed by Creditor The Cadle Company). (Ferrara, Stacy) (Entered: 04/30/2007) |
| 05/02/2007 | 47 | Hearing Set (re: 45 Motion to Extend Time to File Memorandum filed by Creditor The Cadle Company, 46 Response filed by Trustee Stacy B. Ferrara, Debtor Rita C. Callahan. Hearing scheduled for 5/3/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 05/02/2007) |
| 05/03/2007 | | Hearing Held re 45 Motion to Extend Time filed by Creditor The Cadle Company, 46 Response filed by Trustee Stacy B. Ferrara, Debtor Rita C. Callahan, APPEARANCES: Delaney, Pisaturo, Ferrara. After hearing from the parties, the Court granted the motion and extended the deadline for memos to 5/18/07. (Cory, Lucinda) (Entered: 05/03/2007) |
| 05/03/2007 | 48 | Order Granting 45 Motion to Extend Time to: File Memoranda of Law re Pleadings 19 and 20. Updated Deadline Due By:5/18/2007. (Cory, Lucinda) (Entered: 05/03/2007) |
| 05/04/2007 | 49 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 47 Hearing, ) Service Date 05/04/2007. (Admin.) (Entered: 05/05/2007) |
| 05/05/2007 | 50 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 48 Order on Motion to Extend Time) Service Date 05/05/2007. (Admin.) (Entered: 05/06/2007) |
| 05/18/2007 | 51 | Memorandum of Law Filed by Debtor Rita C. Callahan, Trustee Stacy B. Ferrara (related document(s)20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company and 19 Trustee's Objection to Exemption. (Pisaturo, Charles) Modified linkage on 5/21/2007 (Cory, Lucinda). (Entered: 05/18/2007) |
| 05/18/2007 | 52 | Brief Filed by Creditor The Cadle Company (related document(s)19 Trustee's Objection to Exemption; 20 Objection of Cadle Company to Exemption. (Delaney, William) Modified linkage on 5/21/2007 (Cory, Lucinda). (Entered: 05/18/2007) |
| 05/21/2007 | | ECF Corrective Entry- Document is linked incorrectly. Linkage created to correct relationship. (related document(s)51 Memorandum of Law, filed by Trustee Stacy B. Ferrara, Debtor Rita C. Callahan, 52 Brief filed by Creditor The Cadle Company). (Cory, Lucinda) (Entered: 05/21/2007) |

| | | |
|---|---|---|
| 05/22/2007 | | Matter Under Advisement Re:(related document:19 Objection to Debtor's Claim of Exemptions, filed by Trustee Stacy B. Ferrara, 20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company) Status Check re Matter Under Advisement on 7/23/2007. (Cory, Lucinda) (Entered: 05/22/2007) |
| 05/30/2007 | 53 | Order Sustaining 19 Trustee's Limited Objection to Debtor's Claim of Exemptions. (Cory, Lucinda) (Entered: 05/30/2007) |
| 05/30/2007 | 54 | Order Denying 20 Cadle Company's Objection to Debtor's Claim of Exemptions. See Order for details. (Cory, Lucinda) (Entered: 05/30/2007) |
| 06/01/2007 | 55 | Trustee's Notice of Assets & Request for Notice to Creditors to File Claims Filed by Trustee Stacy B. Ferrara. (Ferrara, Stacy) (Entered: 06/01/2007) |
| 06/01/2007 | 56 | Notice of Appeal . Fee Amount $;255 Filed by William J. Delaney on behalf of The Cadle Company (related document(s)54 Order on Debtor's Claim of Exemptions). Appellant Designation due by: 6/11/2007. (Delaney, William) (Entered: 06/01/2007) |
| 06/01/2007 | 57 | BAP Opt-Out Notice (related document(s)56 Notice of Appeal filed by Creditor The Cadle Company). Filed by William J. Delaney on behalf of The Cadle Company (related document(s)56 Notice of Appeal filed by Creditor The Cadle Company). (Delaney, William) (Entered: 06/01/2007) |
| 06/01/2007 | | Receipt of filing fee for Notice of Appeal(1:06-bk-11507) [appeal,ntcapl] ( 255.00). Receipt number 609031, amount $ 255.00. (U.S. Treasury) (Entered: 06/01/2007) |
| 06/01/2007 | 58 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 53 Order on Debtor's Claim of Exemptions) Service Date 06/01/2007. (Admin.) (Entered: 06/02/2007) |
| 06/01/2007 | 59 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 54 Order on Debtor's Claim of Exemptions) Service Date 06/01/2007. (Admin.) (Entered: 06/02/2007) |
| 06/04/2007 | 60 | Court's Notice of Bar Date to File Claims re 55 Trustee's Notice of Assets filed by Trustee Stacy B. Ferrara. Proof of Claims due by: 9/4/2007.Government Proof of Claim due by 9/4/2007. (Cory, Lucinda) (Entered: 06/04/2007) |

| | | |
|---|---|---|
| 06/04/2007 | 61 | Court Notice re 56 Notice of Appeal filed by Creditor The Cadle Company of 54 Order Denying Objection to Exemption by Cadle Company. (Cory, Lucinda) (Entered: 06/04/2007) |
| 06/04/2007 | 62 | Judgment Order re: 54 Order Denying Objection of The Cadle Company to the Debtor's Claim of Exemptions. (Cory, Lucinda) (Entered: 06/04/2007) |
| 06/04/2007 | 63 | Judgment Order re: 53 Order Sustaining Trustee's Objection to Debtor's Claim of Exemptions. (Cory, Lucinda) (Entered: 06/04/2007) |