Form D

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - *

In re: :
Rita C. Callahan
: BK No. 06-11507
Debtor(s) Chapter 7
:
- - - - - - - - - - - - - - - - - * C.A. No. 07-206-ML

# Notice of Transmission of Record on Appeal

Please be advised on this date the Appeal in this case from the order dated MAY 30, 2007 , was forwarded to the Bankruptcy Appellate Panel/U.S. District Court, District of Rhode Island.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 6/28/07

By: HAD
Deputy Clerk

Form E

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: Rita C. Callahan | : | |
| Debtor(s) | : | BK No. 06-11507 Chapter 7 |
| | : | C.A. No. 07-206-ML |

## CLERK'S CERTIFICATE

I, Susan M. Thurston, Clerk of the United States Bankruptcy Court for the District of Rhode Island, do hereby certify that the enclosed contains copies of all the original papers in the file dealing with the action or proceedings in which the appeal is taken as set forth in the Designation of Record.

Witness my hand and the Seal of said Court at Providence in said District, the 28th Day of June A.D. 2007.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 6/28/07

By: Holly A. D'Agostino

Attest a True Copy
Susan M. [illegible]
Clerk
By [illegible]
Deputy Clerk

**TerminateDeadline, DISCHARGED, MEANSNO, 7Asset, APPEAL**

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Bankruptcy Petition #: 1:06-bk-11507

*Assigned to:* Judge Arthur N. Votolato
Chapter 7
Voluntary
Asset

*Date Filed:* 12/19/2006
*Date Discharged:* 03/15/2007

***Debtor***
**Rita C. Callahan**
1 Poppasquash Road
Bristol, RI 02809
SSN: xxx-xx-6204

represented by **Charles A. Pisaturo, Jr.**
Law Offices of Charles A. Pisaturo Jr.
1055 Elmwood Avenue
Providence, RI 02907
(401) 274-3800
Email: cpisaturo@earthlink.net

***Trustee***
**Stacy B. Ferrara**
505 Tiogue Avenue
Suite B
Coventry, RI 02816
(401) 823-7991

represented by **Stacy B. Ferrara**
Suite B
505 Tiogue Avenue
Coventry, RI 02816
(401) 823-7991
Email: stacyferrara@earthlink.net

***U.S. Trustee***
**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551

| Filing Date | # | Docket Text |
|---|---|---|
| 06/27/2007 | 72 | AMENDED Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Stacy B. Ferrara on behalf of Rita C. Callahan, Stacy B. Ferrara (related document(s)56 Notice of Appeal filed by Creditor The Cadle Company). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit B-1# 4 Exhibit B-2# 5 Exhibit B-3# 6 Exhibit B-4# 7 Exhibit B5# 8 Exhibit B-6# 9 Exhibit C# 10 Exhibit D# 11 Exhibit E)(Ferrara, Stacy) Modified Text on 6/28/2007 (DAgostino, Holly). (Entered: 06/27/2007) |

| | | |
|---|---|---|
| 06/21/2007 | 71 | Appellees' Designation of Contents for Inclusion in Record of Appeal Filed by Charles A. Pisaturo Jr. on behalf of Rita C. Callahan and by Trustee, Stacy B. Ferrara (related document(s)56 Notice of Appeal filed by Creditor The Cadle Company). Certificate of Service Due by:7/5/2007. (Pisaturo, Charles) Modified text on 6/22/2007 (Spaight, Linda). (Entered: 06/21/2007) |
| 06/11/2007 | 70 | Appellant Designation of Contents For Inclusion in Record On Appeal *and Statement of Issues on Appeal* Filed by William J. Delaney on behalf of The Cadle Company (related document(s)56 Notice of Appeal filed by Creditor The Cadle Company). Appellee designation due by 6/21/2007. Transmission of Designation Due by 7/11/2007. (Delaney, William) (Entered: 06/11/2007) |
| 06/06/2007 | 69 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 64 Court Notice) Service Date 06/06/2007. (Admin.) (Entered: 06/07/2007) |
| 06/06/2007 | 68 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 63 Judgment Order (ap/bk)) Service Date 06/06/2007. (Admin.) (Entered: 06/07/2007) |
| 06/06/2007 | 67 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 62 Judgment Order (ap/bk)) Service Date 06/06/2007. (Admin.) (Entered: 06/07/2007) |
| 06/06/2007 | 66 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 60 Notice to File Claims) Service Date 06/06/2007. (Admin.) (Entered: 06/07/2007) |
| 06/06/2007 | 65 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 61 Court Notice) Service Date 06/06/2007. (Admin.) (Entered: 06/07/2007) |
| 06/04/2007 | 64 | Court Notice to the District Court (related document(s)56 Notice of Appeal filed by Creditor The Cadle Company). (DAgostino, Holly) (Entered: 06/04/2007) |
| 06/04/2007 | 63 | Judgment Order re: 53 Order Sustaining Trustee's Objection to Debtor's Claim of Exemptions. (Cory, Lucinda) (Entered: 06/04/2007) |
| 06/04/2007 | 62 | Judgment Order re: 54 Order Denying Objection of The Cadle Company to the Debtor's Claim of Exemptions. (Cory, Lucinda) (Entered: 06/04/2007) |
| 06/04/2007 | 61 | Court Notice re 56 Notice of Appeal filed by Creditor The Cadle Company of 54 Order Denying Objection to Exemption by Cadle Company. (Cory, Lucinda) (Entered: 06/04/2007) |
| 06/04/2007 | 60 | Court's Notice of Bar Date to File Claims re 55 Trustee's Notice of Assets filed by Trustee Stacy B. Ferrara. Proof of Claims due by: 9/4/2007.Government Proof of Claim due by 9/4/2007. (Cory, Lucinda) |

| | | |
|---|---|---|
| | | (Entered: 06/04/2007) |
| 06/01/2007 | 59 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 54 Order on Debtor's Claim of Exemptions) Service Date 06/01/2007. (Admin.) (Entered: 06/02/2007) |
| 06/01/2007 | 58 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 53 Order on Debtor's Claim of Exemptions) Service Date 06/01/2007. (Admin.) (Entered: 06/02/2007) |
| 06/01/2007 | | Receipt of filing fee for Notice of Appeal(1:06-bk-11507) [appeal,ntcapl] ( 255.00). Receipt number 609031, amount $ 255.00. (U.S. Treasury) (Entered: 06/01/2007) |
| 06/01/2007 | 57 | BAP Opt-Out Notice (related document(s)56 Notice of Appeal filed by Creditor The Cadle Company). Filed by William J. Delaney on behalf of The Cadle Company (related document(s)56 Notice of Appeal filed by Creditor The Cadle Company). (Delaney, William) (Entered: 06/01/2007) |
| 06/01/2007 | 56 | Notice of Appeal . Fee Amount $;255 Filed by William J. Delaney on behalf of The Cadle Company (related document(s)54 Order on Debtor's Claim of Exemptions). Appellant Designation due by: 6/11/2007. (Delaney, William) (Entered: 06/01/2007) |
| 06/01/2007 | 55 | Trustee's Notice of Assets & Request for Notice to Creditors to File Claims Filed by Trustee Stacy B. Ferrara. (Ferrara, Stacy) (Entered: 06/01/2007) |
| 05/30/2007 | 54 | Order Denying 20 Cadle Company's Objection to Debtor's Claim of Exemptions. See Order for details. (Cory, Lucinda) (Entered: 05/30/2007) |
| 05/30/2007 | 53 | Order Sustaining 19 Trustee's Limited Objection to Debtor's Claim of Exemptions. (Cory, Lucinda) (Entered: 05/30/2007) |
| 05/22/2007 | | Matter Under Advisement Re:(related document:19 Objection to Debtor's Claim of Exemptions, filed by Trustee Stacy B. Ferrara, 20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company) Status Check re Matter Under Advisement on 7/23/2007. (Cory, Lucinda) (Entered: 05/22/2007) |
| 05/21/2007 | | ECF Corrective Entry- Document is linked incorrectly. Linkage created to correct relationship. (related document(s)51 Memorandum of Law, filed by Trustee Stacy B. Ferrara, Debtor Rita C. Callahan, 52 Brief filed by Creditor The Cadle Company). (Cory, Lucinda) (Entered: 05/21/2007) |
| 05/18/2007 | 52 | Brief Filed by Creditor The Cadle Company (related document(s)19 Trustee's Objection to Exemption; 20 Objection of Cadle Company to Exemption. (Delaney, William) Modified linkage on 5/21/2007 (Cory, Lucinda). (Entered: |

| | | |
|---|---|---|
| | | 05/18/2007) |
| 05/18/2007 | 51 | Memorandum of Law Filed by Debtor Rita C. Callahan, Trustee Stacy B. Ferrara (related document(s)20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company and 19 Trustee's Objection to Exemption. (Pisaturo, Charles) Modified linkage on 5/21/2007 (Cory, Lucinda). (Entered: 05/18/2007) |
| 05/05/2007 | 50 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 48 Order on Motion to Extend Time) Service Date 05/05/2007. (Admin.) (Entered: 05/06/2007) |
| 05/04/2007 | 49 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 47 Hearing, ) Service Date 05/04/2007. (Admin.) (Entered: 05/05/2007) |
| 05/03/2007 | 48 | Order Granting 45 Motion to Extend Time to: File Memoranda of Law re Pleadings 19 and 20. Updated Deadline Due By:5/18/2007. (Cory, Lucinda) (Entered: 05/03/2007) |
| 05/03/2007 | | Hearing Held re 45 Motion to Extend Time filed by Creditor The Cadle Company, 46 Response filed by Trustee Stacy B. Ferrara, Debtor Rita C. Callahan, APPEARANCES: Delaney, Pisaturo, Ferrara. After hearing from the parties, the Court granted the motion and extended the deadline for memos to 5/18/07. (Cory, Lucinda) (Entered: 05/03/2007) |
| 05/02/2007 | 47 | Hearing Set (re: 45 Motion to Extend Time to File Memorandum filed by Creditor The Cadle Company, 46 Response filed by Trustee Stacy B. Ferrara, Debtor Rita C. Callahan. Hearing scheduled for 5/3/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 05/02/2007) |
| 04/30/2007 | 46 | Response to *Cadle Company's Request for Extension of Time to File Briefs* Filed by Debtor Rita C. Callahan, Trustee Stacy B. Ferrara re 45 Motion to Extend Time, filed by Creditor The Cadle Company). (Ferrara, Stacy) (Entered: 04/30/2007) |
| 04/28/2007 | 45 | Motion to Extend Time until May 18, 2007 to File Brief on Objection to Debtor's Exemption Filed by Creditor The Cadle Company (related document(s)20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Delaney, William) (Entered: 04/28/2007) |
| 04/19/2007 | 44 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 43 Order on Motion to Extend Time) Service Date 04/19/2007. (Admin.) (Entered: 04/20/2007) |
| 04/17/2007 | 43 | Order Granting 42 Motion to Extend Time to: File Memoranda of Law re 19 |

| | | |
|---|---|---|
| | | Objection to Exemption and 20 Objection to Exemption . Updated Deadline Due By:4/30/2007. (Cory, Lucinda) (Entered: 04/17/2007) |
| 04/16/2007 | | ECF Corrective Entry- Incorrect party filer selected. Correct party filer substituted. (related document(s)42 Motion to Extend Time, filed by Trustee Stacy B. Ferrara, Debtor Rita C. Callahan). (Cory, Lucinda) (Entered: 04/16/2007) |
| 04/13/2007 | 42 | Motion to Extend Time until April 30, 2007 to File Memoranda Filed by Debtor Rita C. Callahan and Trustee (related document(s)20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Pisaturo, Charles) Modified party filers on 4/16/2007 (Cory, Lucinda). (Entered: 04/13/2007) |
| 03/17/2007 | 41 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 39 Order Discharging Debtor) Service Date 03/17/2007. (Admin.) (Entered: 03/18/2007) |
| 03/15/2007 | 40 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 36 Hearing) Service Date 03/15/2007. (Admin.) (Entered: 03/16/2007) |
| 03/15/2007 | 39 | Order Discharging Debtor (Cory, Lucinda) (Entered: 03/15/2007) |
| 03/15/2007 | | Withdrawal of Document (related document(s)34 Motion to Extend Time, filed by Creditor Cadles of Grassy Meadows II, L.L.C. *See Hearing Held Dated :3/15/07* (Cory, Lucinda) (Entered: 03/15/2007) |
| 03/15/2007 | | Hearing Held (related document(s)34 Motion to Extend Time (523/727) filed by Creditor Cadles of Grassy Meadows II, L.L.C. APPEARANCES: Delaney, Pisaturo, Ferrara . Delaney advised the motion is withdrawn. (Cory, Lucinda) (Entered: 03/15/2007) |
| 03/15/2007 | | Hearing Held re 19 Objection to Debtor's Claim of Exemptions filed by Trustee Stacy B. Ferrara, 20 Objection to Debtor's Claim of Exemptions filed by Creditor The Cadle Company, 21 Response filed by Debtor Rita C. Callahan). APPEARANCES: Ferrara, Pisaturo, Delaney . Parties agree that the matter may be decided by memoranda of law. Court set 30 days for parties to file memos. Briefs due by: 4/16/2007. Then matter under advisement. (Cory, Lucinda) (Entered: 03/15/2007) |
| 03/13/2007 | 38 | Addendum *to Joint Pre-Trial Order,* Filed by Debtor Rita C. Callahan (related document(s)35 Joint Pre-Trial Order, filed by Trustee Stacy B. Ferrara, Debtor Rita C. Callahan, Creditor The Cadle Company). (Attachments: # 1 Exhibit B-October 2, 1996 Superior Court Judgment# 2 Exhibit C-January 27, 1997 Motion to Charge Garnishee# 3 Exhibit D-November 12, 1999 |

| | | |
|---|---|---|
| | | Assignment of Order# 4 Exhibit E-March, 2006 Citizens Bank Statement# 5 Exhibit F-February, 2006 Motion to Attach# 6 Exhibit G-November 9, 2006 Motion to Charge Garnishee# 7 Exhibit Certificate of Service RE: Addendum) (Pisaturo, Charles) (Entered: 03/13/2007) |
| 03/13/2007 | | ECF Corrective Entry- Document is linked incorrectly, Incorrect party filers chosen. Linkage created to correct relationship. (related document(s)35 Joint Pre-Trial Order, filed by Trustee Stacy B. Ferrara, Debtor Rita C. Callahan, Creditor The Cadle Company and party filers edited. (Cory, Lucinda) (Entered: 03/13/2007) |
| 03/13/2007 | 37 | Objection *to Motion to Extend Deadline to Object to Discharge Filed by the Cadle Company,* Filed by Debtor Rita C. Callahan re 34 Motion to Extend Time, filed by Creditor Cadles of Grassy Meadows II, L.L.C.). (Pisaturo, Charles) (Entered: 03/13/2007) |
| 03/13/2007 | 36 | Hearing Set (re: 34 Motion to Extend Time filed by Creditor Cadles of Grassy Meadows II, L.L.C. Hearing scheduled for 3/15/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 03/13/2007) |
| 03/12/2007 | 35 | Joint Pre-Trial Order Filed by Debtor Rita C. Callahan , Trustee Stacy Ferrara and The Cadle Company (related document(s)20 Objection to Debtor's Claim of Exemptions filed by Creditor The Cadle Company and 19 Trustee's Objection to Exemption. (Pisaturo, Charles) Modified party filers and linkage on 3/13/2007 (Cory, Lucinda). (Entered: 03/12/2007) |
| 03/11/2007 | 34 | Motion to Extend Time until April 1, 2007 to File Complaint Objecting to Discharge Filed by Creditor Cadles of Grassy Meadows II, L.L.C. (related document(s)10 BNC Certificate of Mailing - PDF Document). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Delaney, William) (Entered: 03/11/2007) |
| 03/02/2007 | 33 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 31 Order on Motion to Continue/Reschedule Hearing, ) Service Date 03/02/2007. (Admin.) (Entered: 03/03/2007) |
| 03/02/2007 | 32 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 31 Order on Motion to Continue/Reschedule Hearing, ) Service Date 03/02/2007. (Admin.) (Entered: 03/03/2007) |
| 02/28/2007 | 31 | Order Granting 30 Motion To Continue/Reschedule Hearing On 19 Objection to Debtor's Claim of Exemptions,, 20 Objection to Debtor's Claim of Exemptions, 21 Response. Hearing rescheduled for 3/15/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 02/28/2007) |
| 02/27/2007 | 30 | Motion to Continue Hearing *Currently Scheduled for March 1, 2007 at 10:00* |

| | | |
|---|---|---|
| | | *A.M.*, Filed by Debtor Rita C. Callahan (related document(s)20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company, 21 Response, filed by Debtor Rita C. Callahan, 19 Objection to Debtor's Claim of Exemptions, filed by Trustee Stacy B. Ferrara). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Pisaturo, Charles) (Entered: 02/27/2007) |
| 02/22/2007 | 29 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 26 Order on Motion to Continue/Reschedule Hearing, ) Service Date 02/22/2007. (Admin.) (Entered: 02/23/2007) |
| 02/22/2007 | 28 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 26 Order on Motion to Continue/Reschedule Hearing, ) Service Date 02/22/2007. (Admin.) (Entered: 02/23/2007) |
| 02/22/2007 | | Hold Closing and Ntcapr Flags Terminated (Cory, Lucinda) (Entered: 02/22/2007) |
| 02/22/2007 | 27 | Financial Management Course Certificate *Performed on February 21, 2007,* Filed by Debtor Rita C. Callahan (related document(s) Set Financial Management Deadline). (Pisaturo, Charles) (Entered: 02/22/2007) |
| 02/20/2007 | 26 | Order Granting 25 Motion To Continue/Reschedule Hearing On 19] Trustee's Objection to Debtor's Claim of Exemptions, 20 Cadle Company's Objection to Debtor's Claim of Exemptions, 21 Response of Debtor. Hearing rescheduled for 3/1/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 02/20/2007) |
| 02/20/2007 | 25 | Agreed Motion to Continue Hearing *Regarding Objection to Exemptions,* Filed by Debtor Rita C. Callahan, re 19 Trustee's Obj to Claim of Exemption; 20 Objection to Exemption filed by Cadle Company, and 21 Debtor's Response to Obj of Cadle Company to Exemption Claim. (Pisaturo, Charles) Modified linkage and parties on 2/20/2007 (Cory, Lucinda). (Entered: 02/20/2007) |
| 02/07/2007 | 24 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 23 Hearing, ) Service Date 02/07/2007. (Admin.) (Entered: 02/08/2007) |
| 02/05/2007 | 23 | Hearing Set (re: 19 Objection to Debtor's Claim of Exemptions filed by Trustee Stacy B. Ferrara, 20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company, 21 Response filed by Debtor Rita C. Callahan. Hearing scheduled for 2/21/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 02/05/2007) |
| 02/02/2007 | 22 | Declaration Re: Electronic Filing (related document(s)14 Amended Schedules and Statements, filed by Debtor Rita C. Callahan). (Cory, Lucinda) (Entered: |

| | | |
|---|---|---|
| | | 02/02/2007) |
| 01/22/2007 | 21 | Response to *The Cadle Company's Objection to Debtor's Claim of Exemptions* Filed by Debtor Rita C. Callahan re 20 Objection to Debtor's Claim of Exemptions, filed by Creditor The Cadle Company). (Attachments: # 1 Exhibit Order Dated October 2, 1996, Exhibit A# 2 Exhibit Motion to Charge dated November 9, 2006, Exhibit B) (Pisaturo, Charles) (Entered: 01/22/2007) |
| 01/22/2007 | 20 | Objection to Debtor's Claim of Exemptions Filed by Creditor The Cadle Company (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Rita C. Callahan). Objections to Motion Due: 2/5/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Delaney, William) (Entered: 01/22/2007) |
| 01/19/2007 | 19 | Objection to Debtor's Claim of *exemption in funds currently being held by her employer* Exemptions Filed by Trustee Stacy B. Ferrara (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Rita C. Callahan). Objections to Motion Due: 2/1/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Ferrara, Stacy) (Entered: 01/19/2007) |
| 01/18/2007 | 18 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 17 Order Striking) Service Date 01/18/2007. (Admin.) (Entered: 01/19/2007) |
| 01/16/2007 | 17 | Order Striking,Without Prejudice, Defective Document 16 Objection filed by Creditor The Cadle Company . Wrong Event Used, must be refiled. (Cory, Lucinda) (Entered: 01/16/2007) |
| 01/12/2007 | 16 | Objection Filed by Creditor The Cadle Company re 1 Voluntary Petition (Chapter 7) filed by Debtor Rita C. Callahan). (Delaney, William) (Entered: 01/12/2007) |
| 01/12/2007 | 15 | Notice of Appearance and Request for Notice Filed by William J. Delaney on behalf of The Cadle Company. (Delaney, William) (Entered: 01/12/2007) |
| 01/11/2007 | | Trustee's Initial Report re: Possible Assets & First Meeting Held (Ferrara, Stacy) (Entered: 01/11/2007) |
| 01/08/2007 | 14 | Amended Schedule(s)/Statements Filed: Schedule B, [Fee Due No] Filed by Debtor Rita C. Callahan. Declaration re: Electronic Filing, Form P.4 Due By: 1/23/2007. (Attachments: # 1 Exhibit Certificate of Service RE: Amended Schedule B) (Pisaturo, Charles) (Entered: 01/08/2007) |
| 01/07/2007 | 13 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 12 |

| | | |
|---|---|---|
| | | Order on Application to Employ) Service Date 01/07/2007. (Admin.) (Entered: 01/08/2007) |
| 01/05/2007 | 12 | Order Granting Trustee's Application to Employ Counsel (Related Doc # 8) . (Spaight, Linda) (Entered: 01/05/2007) |
| 12/26/2006 | | Request for Notice (Text Only) Filed by Creditor Cadles of Grassy Meadows II, L.L.C.. (Young, Megan) (Entered: 12/26/2006) |
| 12/22/2006 | 11 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 4 First Meeting (Chapter 7)) Service Date 12/22/2006. (Admin.) (Entered: 12/23/2006) |
| 12/22/2006 | 10 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 4 First Meeting (Chapter 7)) Service Date 12/22/2006. (Admin.) (Entered: 12/23/2006) |
| 12/22/2006 | 9 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 5 Notice of Missing Documents, ) Service Date 12/22/2006. (Admin.) (Entered: 12/23/2006) |
| 12/21/2006 | 8 | Application to Employ Stacy B. Ferrara as counsel Filed by Trustee Stacy B. Ferrara. Declaration re: Electronic Filing, Form P.4 Due By: 1/5/2007. Objections to Motion Due: 1/3/2007. (Attachments: # 1 Affidavit) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Ferrara, Stacy) (Entered: 12/21/2006) |
| 12/21/2006 | 7 | Declaration Re: Electronic Filing P.3 related document(s)1 Voluntary Petition - Case Upload filed by Debtor. (Cory, Lucinda) (Entered: 12/21/2006) |
| 12/20/2006 | 6 | Employee Income Records *for Rita C. Callahan,* Filed by Debtor Rita C. Callahan. (Pisaturo, Charles) (Entered: 12/20/2006) |
| 12/20/2006 | | Financial Management Course Certificate Verifying Completion Due: . Financial Management Certificate due: 2/26/2007. (Watts, Jennifer) (Entered: 12/20/2006) |
| 12/20/2006 | 5 | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Rita C. Callahan). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents Due By: 1/4/2007. (Watts, Jennifer) (Entered: 12/20/2006) |
| 12/19/2006 | 4 | First Meeting of Creditors & Notice of Appointment of Interim Trustee Stacy B. Ferrara with 341(a) Meeting to be held on 01/10/2007 at 02:00 PM at Office of the U.S. Trustee Objections to Discharge due by 03/12/2007 |

| | | |
|---|---|---|
| | | (Entered: 12/19/2006) |
| 12/19/2006 | 3 | Certificate of Credit Counseling *for Rita C. Callahan, Performed on November 28, 2006,* Filed by Debtor Rita C. Callahan. (Pisaturo, Charles) (Entered: 12/19/2006) |
| 12/19/2006 | 2 | Receipt of filing fee for Voluntary Petition (Chapter 7)(1:06-bk-11507) [misc,volp7a] ( 299.00). Receipt number 532408, amount $ 299.00. (U.S. Treasury) (Entered: 12/19/2006) |
| 12/19/2006 | 1 | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Rita C. Callahan. Declaration re: Electronic Filing, Form P.3 Due By: 1/3/2007. (Pisaturo, Charles) (Entered: 12/19/2006) |