UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:
RITA C. CALLAHAN : BK NO: 06-11507
Debtor : CHAPTER 7

**APPELLEES' AMENDED DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES**

FILED JUN 27 '07 10:00 USBCRI

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the debtor, Rita C. Callahan, and Stacy B. Ferrara, the chapter 7 trustee, the Appellees, hereby designate the following items to be included in the record on Cadle Company's appeal of the Bankruptcy Court's order denying Cadle Company's objection to debtor's claim of exemptions (Document No. 20):

**DESIGNATION OF ADDITIONAL ITEMS:**

Exhibit A - Document No. 62 Judgment Order dated June 4, 2007 - Judgment Order Denying Objection to Debtor's Exemptions.

Exhibit B - Document Nos. 38 & 35- Addendum to Joint Pre-Trial Order and Joint Pre-Trial Order;

1. November 9, 2006 Cadle Company's Motion to Charge Garnishee
2. March, 2006 Citizens Bank statement.
3. February, 2006 Cadle Company's Motion to Attach Wages.
4. November 12, 1999 Assignment of Order.
5. January 27, 1997 Order Granting Motion to Charge Garnishee.
6. October 2, 1996 Superior Court Judgment.

Exhibit C - Document No. 21 - Response to The Cadle Company's Objection to Debtor's Claim of Exemptions filed by debtor, Rita C. Callahan.

**APPELLEES' AMENDED DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND ADDITIONAL ISSUES**

Exhibit D - Document No. 20 - Objection to Debtor's Claim of Exemptions filed by creditor, The Cadle Company.

Exhibit E - Document No. 19 - Objection to Debtor's Claim of Exemptions and Funds Currently Being Held By Her Employer, filed by chapter 7 trustee, Stacy B. Ferrara[1].

**ADDITIONAL ISSUES ON APPEAL:**

1. Whether Commercial Financial/SPC Acquisitions, Inc. had authority as a chapter 11 debtor in possession to transfer any part of the October 2, 1996 Rhode Island Superior Court order (Exhibit A).

2. Whether Commercial Financial/SPC Acquisitions, Inc.'s "Assignment of Order" (Exhibit D) upon which appellant relies, is invalid and/or defective.

3. Whether the Rhode Island Superior Court "Charging Order" (Exhibit C) upon which The Cadle Company relies is invalid and/or defective.

4. Whether The Cadle Company holds a valid lien or attachment against the escrow account established by the debtor's employer E.S. Products.

5. Whether any garnishment of the debtor's wages within ninety (90) days of her bankruptcy filing constitute an avoidable preferential transfer under 11 U.S.C. §547.

---

[1] Technically, the trustee's "Objection to Debtor's Claim of Exemption" did not object to the exemption claimed by the debtor, but objected to The Cadle Company's allegation that the funds in question are not property of the bankruptcy estate. The trustee filed her objection to preserve her right to claim that the asset in question is indeed property of the bankruptcy estate under 11 U.S.C. §541.

**APPELLEES' AMENDED DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND ADDITIONAL ISSUES**

6. If The Cadle Company holds a valid lien or attachment, whether any such lien or attachment is avoidable under 11 U.S.C. §522(f) to the extent that the debtor's exemption claim under 11 U.S.C. §522(d)(5).

Respectfully Submitted,
The Debtor, Rita Callahan, by her attorney,

Date: June 27, 2007

/s/Charles A. Pisaturo, Jr.
CHARLES A. PISATURO, JR. (REG. NO. 4615)
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI 02907
TEL: (401) 274-3800
FAX: (401) 751-6786

STACY B. FERRARA, CH. 7 TRUSTEE
By her attorneys,

Date: June 27, 2007

/s/ Stacy B. Ferrara
STACY B. FERRARA, TRUSTEE
505 Tiogue Avenue, Suite B
Coventry, RI 02816
TEL.: (401) 823-7991
FAX: (401) 823-4040

**CERTIFICATE OF SERVICE**

Leonard J. DePasquale, Esq. (ECF)
Assistant United States Trustee
United States Trustee's Office
10 Dorrance Street, Suite 910
Providence, RI 02903
leonard.j.depasquale@usdoj.gov

Charles Pisaturo (ECF)
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI 02907
cpisaturo@earthlink.net

**APPELLEES' AMENDED DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND ADDITIONAL ISSUES**

William J. Delaney, Esq. (ECF)
Tillinghast Licht LLP
Ten Weybosset Street
Providence, RI 02903
wdelaney@tlslaw.com

I hereby certify that on the 27TH day of June, 2007, I served by electronic filing (ECF), a true copy of the **APPELLEES' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES** to the above named.

/s/Stacy Ferrara
Stacy Ferrara

c:\clients\callahan rita\pleadings\Appellees Designation.wpd