*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)626-3100*

---

**Rita C. Callahan**

Debtor(s)

BK No. **1:06-bk-11507**

Chapter **7**

Judge: **Arthur N. Votolato**

---

## *JUDGMENT ORDER*

Pursuant to the order entered this date, judgment is hereby entered regarding;

**Judgment Order re: [54] Order Denying Objection of The Cadle Company to the Debtor's Claim of Exemptions.**

Judgment #: 1:06–bk–11507 – 62 – 54

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **6/4/07**
Document Number: ***62 - 54***

By: **LLC**
Deputy Clerk

judgement.jsp #404