~~Exhibit G~~

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

| | | |
|---|---|---|
| THE CADLE COMPANY<br>Plaintiff<br>v.<br>Rita C. Callahan<br>Defendant | : | C.A. PC 95-0056 |

MOTION TO CHARGE

Now comes Plaintiff in the above-entitled matter and, by and through its attorneys, hereby, moves this Honorable Court for an order charging the escrow account of Defendant Rita C. Callahan, which is presently in the possession of Steven M. McInnis, as counsel for the garnishee E.S. Products, Inc. As grounds, Plaintiff avers that:

1. On or about November 4, 1996 Plaintiff, Commercial Financial/SPC Acquisitions Inc., served a Writ of Attachment upon E.S Products, Inc. for the garnishment of Four Hundred Sixty Thousand Dollars ($460,000.00), from Defendant's wages.

2. On or about January 27, 1997, an Order Granting Plaintiff's Motion to Charge the Garnishee was issued.

3. On or about November 12, 1999, Plaintiff, Financial/SPC Acquisitions Inc. assigned the order of October 2, 1996 totaling Forty Five Thousand Three Hundred Twenty Four Dollars and Twenty Cents ($45,324.20), plus interests and costs, to The Cadle Company.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant Plaintiff's Motion to Charge in the amount of Ninety Eight Thousand Seven Hundred and Seventeen Dollars and Forty Six Cents ($98,717.46), representing the amount originally owed, plus interest accruing at 12% per annum, with costs and reasonable attorney's fees.

Plaintiff
By Its Attorneys
KAPLAN & ASSOCIATES INC.

R. Park Palmer Jr., Esq. #6944
1100 Turks Head Building
Providence, RI 02903
Telephone: 401-272-9000
Facsimile: 401-272-9020

Dated: November 9, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2006, a true copy of the foregoing was sent by first-class mail, postage pre-paid to the following:

William T. Murphy
Old Colony House
58 Weybosset Street, Suite 400
Providence, RI 02903

E.S. Products, Inc.
c/o Steven M. McInnis, Esq.
38 Bellevue Avenue
Newport, RI 02840

Tracy Steinbach
Legal Assistant