Citizens Bank

1-800-862-6200

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Commercial Account Statement

1 OF 1

Beginning March 01, 2006
through March 31, 2006

US002 BR054

ES PRODUCTS INC
ESCROW ACCOUNT
ATTN: JOHN BARKER
P O BOX 810
BRISTOL RI 02809

~~Exhibit E~~

## Commercial Checking

ES PRODUCTS INC
ESCROW ACCOUNT
Business Partners Money Market
1387-846-8

SUMMARY

| Balance Calculation | | *Balance* | |
|---|---|---|---|
| Previous Balance | 45,953.64 | *Average Daily Balance* | *46,450.41* |
| Checks | .00 - | ***Interest*** | |
| Debits | .00 - | *Current Interest Rate* | *.95%* |
| Deposits & Credits | 700.00 + | *Annual Percentage Yield Earned* | *.95%* |
| Interest Paid | 37.48 + | *Number of Days Interest Earned* | *31* |
| Current Balance | 46,691.12 = | *Interest Earned* | *37.48* |
| | | *Interest Paid this Year* | *107.32* |

Interest to Income ES { Feb JAN — 37.48 — 33.27 — 36.57

46583.80

TRANSACTION DETAILS

Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 03/10 | 700.00 | Deposit |

700.00 April deposit

47283.80

Interest

| Date | Amount | Description |
|---|---|---|
| 03/31 | 37.48 | Interest |

| Previous Balance | 45,953.64 |
|---|---|
| + Total Deposits & Credits | 700.00 |
| + Total Interest Paid | 37.48 |
| = Current Balance | 46,691.12 |

Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/10 | 46,653.64 | 03/31 | 46,691.12 | | |

NEWS FROM CITIZENS

--Noticed that interest rates have moved up? Take advantage of higher rates; turn to Citizens and lock-in a great Certificate of Deposit (CD) rate. We offer a range of terms from three to 60 months. Additionally, our CDs offer the peace of mind of FDIC insurance. For more information or to open an account, call 877 690-8165 or visit your local branch and a knowledgeable banker will be happy to assist you. IRA CDs ARE ALSO AVAILABLE. All accounts and services subject to individual approval. See a banker for FDIC coverage amounts and limitations.

Member FDIC Equal Housing Lender

See reverse side for important information