Exhibit F

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

THE CADLE COMPANY
Plaintiff

v.

Rita C. Callahan
Defendant

C.A. PC 95-0056

## NOTICE AND MOTION TO ATTACH WAGES

PLAINTIFF/CREDITOR:

C & W Asset Acquisition, L.L.C.
100 North Center Street
Newton Falls, OH 44444
(330) 872-0918

PLAINTIFF'S ATTORNEY

R. Park Palmer
Kaplan & Associates
1100 Turks Head Building
Providence, Rhode Island 02903
(401) 272-9000

DEFENDANT/DEBTOR:

Rita C. Callahan
1 Poppasquash Road
Bristol, RI 02809

---

The above-named plaintiff (creditor) has obtained a judgment against you in the amount of $98,717.46 and now requests permission from the court to attach your wages.

Some or all of your wages may be exempt from attachment under Federal or State law. For example, a state exemption provides that your wages cannot be attached if you received public assistance within the last year, nor can any wages be attached if you are now receiving any form of public assistance. You have a right to be heard in court if you claim to have seen on public assistance within the last year or claim any other exemption.

A federal exemption provides that you must receive from your disposable weekly earnings an amount equal to at least 30 times the federal minimum hourly wage. Also, if your disposable weekly earnings are less than 40 times the minimum hourly wage, only the amount greater than 30 times the minimum hourly wage can be attached. If your disposable weekly earnings are greater than 40 times the minimum wage, the first 75% is

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 FEB -6 P 12:25

exempt. The term "disposable earnings" means that part of your earnings remaining after the deduction from those earnings of any amounts required by law to be withheld, such as Social Security, federal and state income taxes, and unemployment and temporary disability insurance contributions.

The federal exemption is automatically granted without the necessity of a court appearance by you. You must file an objection and appear in court to claim all other exemptions.

---

TO DEFENDANT(S): HOW TO OBJECT TO WAGE ATTACHMENTS
If you claim an exemption, you must file an objection and file it with the clerk of the court at least two days prior to the date of the hearing. You are also required to mail a copy of your objection to the attorney for the plaintiff, or the plaintiff directly if he/she is not represented by an attorney. If you file an objection, you must appear in court on the hearing date. If you do not file an objection and appear personally or by your attorney to claim an exemption, the plaintiff will be allowed to attach your wages to the extent permitted by law without further notice to you.

Plaintiff C & W Asset Acquisition, L.L.C
By its Attorneys

R. Park Palmer, Jr., Esq. #6944
Kaplan & Associates Inc.
1100 Turks Head Building
Providence, RI 02903
Telephone: 401-272-9000
Facsimile: 401-272-9020