BK4268PG091

~~Exhibit D~~

Rita C. Callahan
Our File No. 0F190028

SUPERIOR COURT, PROVIDENCE COUNTY, STATE OF RHODE ISLAND

COMMERCIAL FINANCIAL/SPC
ACQUISITIONS, INC.
PLAINTIFF

VS. C.A. NO. 95-0056

RITA C. CALLAHAN,
DEFENDANT

ASSIGNMENT OF ORDER

FOR VALUE RECEIVED, the undersigned, T.A.P.R. III Limited Partnership, Commercial Financial/SPC Acquisitions, Inc., as General Partner, located at 2448 East 81st Street, Suite 5500, Tulsa, OKLAHOMA 74136, hereby transfers, assigns and conveys without recourse unto **THE CADLE COMPANY**, an Ohio Corporation located at 100 North Center Street, Newton Falls, Ohio 44444, all its right, title, interest, powers and options in, to and under a certain Order entered on October 2, 1996 and rendered against Defendant Rita C. Callahan in the amount of $45,324.20, plus interest and costs more fully described on the attached exhibit. Said Order was filed with the Superior Court, Providence County, Rhode Island on September 25, 1996.

IN WITNESS WHEREOF, the undersigned has hereunto set its hand this 12 day of November, 1999, **BUT EFFECTIVE AS OF JULY 27, 1999.**

T.A.P.R. III LIMITED PARTNERSHIP
COMMERCIAL FINANCIAL/SPC ACQUISITIONS, INC., AS GENERAL PARTNER

[signature]
Witness
[signature]
Witness

By: Caroline [signature]
Its: Vice President

STATE OF OKLAHOMA,
COUNTY OF TULSA,

Before me, a Notary Public in and for said County and State, on this 12 day of November, 1999 personally appeared Caroline B. Benedict[illegible], to me known to be the identical person who subscribed the name of the maker thereof to the foregoing instrument as it's Vice President (title) and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed, and as the free and voluntary act and deed of such partnership and general partner for the uses and purposes therein set forth.

Executed this 12 day of November, 1999.

Rebecca Ann Bray
Notary Public

(Notarial Seal)

Notary Public Oklahoma
OFFICIAL SEAL
REBECCA ANN BRAY
Tulsa County
Commission Expires 07-21-2003

AFTER RECORDING RETURN TO:
The Cadle Company
100 North Center Street
Newton Falls, OH 44444
Attention: Kathy Sabol