~~Exhibit C~~

2592

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

COMMERCIAL FINANCIAL/SPC ACQUISITIONS, INC.

VS

RITA C. CALLAHAN

C.A. NO. 95-0056

ORDER GRANTING PLAINTIFF'S MOTION TO CHARGE THE GARNISHEE

This action came on for hearing before this Honorable Court on the 27th day of JANUARY, 1997, with Judge ISRAEL presiding and the issues having been heard, and a decision having been duly rendered, it is

ORDERED & ADJUDGED

Plaintiff's motion to charge the garnishee is hereby granted. The garnishee is to be charged with all the sums currently in its possession.

Garnishee shall forward such sums to Gini Spaziano, Esquire, Morneau & Murphy, 38 North Court Street, Providence, RI 02903, and all future sums collected on a monthly basis to the above address.

ENTERED as an Order of this Court this 27th day of January, 1997.

ENTER:

Israel, J.
Justice
January 27, 1997

ORDER:

Alberto Malliena
Clerk
Asst 1-27-97

PRESENTED BY:

Gini Spaziano
Gini Spaziano, Esquire
38 North Court Street
Providence, RI 02903

CERTIFICATION

To: Steven M. McInnis, Esq.
Attorney for Garnishee
38 Bellevue Avenue
Newport, RI 02840

Charles A. Pisaturo, Jr., Esq.
Attorney for Defendant
The Calart Tower, Suite 3L
400 Reservoir Avenue
Providence, RI 02907

I hereby certify that I mailed a copy of the within Order to the above named attorneys on the 27th day of January, 1997.

Gini Spaziano

SUPERIOR COURT
FILED
HENRY S KINCH JR

97 JAN 27 AM 9:37