~~Exhibit B~~

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

COMMERCIAL FINANCIAL/SPC ACQUISITIONS, INC.

VS

RITA C. CALLAHAN

C.A. NO. 95-0056

JUDGMENT

Judgment for the plaintiff in the amount of $450,904.18 plus attorney's fees of $2,771.00, plus statutory interest and recoverable costs.

JUDGMENT entered this 2nd day of October, 1996.

ENTER:

[signature] 2oct96

ORDER:

[signature]

CERTIFICATION

I hereby certify that I mailed a copy of the within Judgment to Charles A. Pisaturo, Jr., attorney for defendant, on the 24th day of September, 1996.

[signature]

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.

96 SEP 25 PM 3:47