UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**IN RE**;
RITA C. CALLAHAN, DEBTOR

**CHAPTER 7**
**BK NO. 06-11507**

**OBJECTION TO DEBTOR'S EXEMPTION**

NOW COMES The Cadle Company ("Cadle"), a creditor herein, and hereby objects to the Debtor's Exemption as stated on Schedule C of her petition.

In support of its objection, Cadle respectfully submits that the Debtor's contention that an escrow account held by her employer E.S. Products (the "Escrow Account") is an asset of her bankruptcy estate. The Escrow Account was the subject of an Order charging the Garnishee, entered by the Providence County Superior Court on January 27, 1997, (the "Charging Order") in favor of the predecessor in interest to Cadle. Cadle respectfully submits that the Charging Order divests the Debtor from any interest in the account pursuant to prior holdings of this Court. See, *Nunally v. Barick Furniture Company, et al*, 103 Bankr. 376 (Bankr. D. R. I. 1989; in re: Mason, 153 B.R. 8. (D.R.I. 1993) . If the Escrow Account is deemed not to be an asset of the Debtor's estate, then obviously, the Debtor does not have the ability to claim the Escrow Account as an asset of her bankruptcy estate and to exempt a portion of the Escrow Account.

In light of the foregoing, Cadle respectfully requests that this Court sustain its objection to the Debtor's exemption.

**IN RE Callahan** **BK No. 06-11507** **EOA**

Respectfully submitted,
C & W ASSET ACQUISITION, L.L.C.
By its Attorneys

/s/ William J. Delaney

William J. Delaney (#3643)
TILLINGHAST LICHT LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com
Dated: January 12, 2007

## CERTIFICATION

I hereby certify that on this 12th day of January, 2007, a true and accurate copy of the within was filed electronically with this Court and to the following using the CM/ECF System: , Leonard J. Depasquale, AUSA, Stacy B. Ferrara, Esq., Suite B, 505 Tiogue Avenue, Coventry, RI 02816 and Charles A. Pisaturo, Jr.,Esq. 1055 Elmwood Avenue, Providence, RI 02907.

/s/ William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;441225;1