UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: | | |
| RITA C. CALLAHAN | : | BK NO: 06-11507 |
| Debtor | : | Chapter 7 |

TRUSTEE'S LIMITED OBJECTION TO DEBTOR'S EXEMPTION

Now comes the Chapter 7 Trustee, Stacy B. Ferrara, in the above entitled matter and hereby respectfully represents that the Debtor is claiming an exemption in funds currently being held by her employer, E.S. Products in the sum of approximately $50,000.00. Upon information and belief, said funds are a result of a pre-petition garnishment Order entered in the Providence County Superior Court in a civil action entitled, Commercial Financial/SPC Acquisitions, Inc. ("Commercial")V. Rita Callahan, CA 95-0056. However, the charging Order which was entered by Justice Israel on January 27, 1997 in not in the name of the alleged holder of the Judgment. The undersigned has been provided a copy of an Assignment which purportedly assigns Commercial's "Order", not Judgment, to The Cadle Company by assignment dated November 12, 1999, with a recited effective date of July 27, 1999. The undersigned has conferred with counsel for Commercial, Richard Morneau, and understands that he remitted funds to his client and the funds were returned on November 10, 1999. The last time counsel collected funds for Commercial was March 10, 2000, yet the Debtor's employer has remained subject to the Order attaching the Debtor's wages since 1997. In fact, the sum of $2,163.92 remains in Attorney Morneau's Client's Account and approximately $50,000.00 remains in the hands of the Debtor's employer.

The Trustee files this limited objection due to The Cadle Company's objection to exemptions to the extent that The Cadle Company submits that the $50,000.00 funds being held in escrow is not property of the debtor's bankruptcy estate pursuant to 11 USC §541. It is the Trustee's position

that absent a valid charging order from the Superior Court in favor of The Cadle Company, the funds remain property of the Debtor's bankruptcy estate as per this Court's holding in In re: Mason, 153 B.R. 8, 9 (D.R.I. 1993). Although this case has not been noticed as asset case to date, The Cadle Company has filed a Proof of Claim purporting status as a secured creditor in the escrowed funds. The Trustee anticipates filing an Objection to said Proof Claim, but now seeks to preserve her argument that said funds are, in fact, property of the bankruptcy estate pursuant to 11 USC §541.

WHEREFORE, the undersigned respectfully objects to The Cadle's Company's characterization of the escrowed funds as not being property of the bankruptcy estate, and seeks to preserve her right to argue said legal issue relevant to an Objection to the secured Proof of Claim filed by The Cadle Company at a later date.

/s/ Stacy B. Ferrara
Stacy B. Ferrara, Trustee
505 Tiogue Avenue, Suite B
Coventry, Rhode Island 02816
Phone: 401-823-7991
Fax: 401-823-4040

Dated: January 19, 2007

Within ten (10) days after service as evidenced by the certification (twenty (20) days for U.S. Government officers and agencies thereof), and an additional three (3) days pursuant to Fed. R. Bank P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the bankruptcy Court Clerk's Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903, (401) 528-4477. If no objection or other response is timely files within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.

**ADMINISTRATIVE GENERAL ORDER-- FORM B**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: RITA C. CALLAHAN, Debtor(s) | BK No. 06-11507, Chapter 7 |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2007, I electronically filed a Limited Objection with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: US Trustee; Charles Pisaturo; William Delaney; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None

/s/ Sherri-Lynn M. Faria