UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE CADLE COMPANY,
APPELLANT

v. C.A. No. 07-206ML

RITA CALLAHAN,
APPELLEE

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL**

NOW COMES the Appellant in the above captioned matter and pursuant to an Order of this Court entered on July 17, 2007, and hereby furnishes its Statement of Issues on Appeal.

The Appellant respectfully submits that the single issue for this Court's consideration is whether the United States Bankruptcy Court for the District of Rhode Island (the "Bankruptcy Court") was correct in denying the Objection of the Appellant to the Appellee/Debtor's Claim of Exemptions. While there are other issues that may be presented on appeal under normal circumstances, the fact that there was no decision rendered by the Bankruptcy Court but for the following reference :

> "For the reasons argued by the Debtor and Chapter 7 Trustee in their Joint Memorandum of Law, Doc. [51], which we adopt and incorporate herein by reference, the funds being held in escrow by the Debtor's employer and the law firm of Morneau & Murphy are property of the bankruptcy estate, and Cadle Company's Objection to Exemption in a portion of those funds is Denied."

gives the Appellant no choice but to also raise whether the Bankruptcy Court was correct in holding that the Appellee/Debtor and Chapter 7 Trustee's Joint Memorandum of Law should have been adopted and incorporated as its decision.

The Appellant reserves the right, should events so warrant, to amend its Statement of Issues on Appeal.

Respectfully submitted,
Appellant,
By its Attorneys

/s/ William J. Delaney

William J. Delaney (#3643)
TILLINGHAST LICHT LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com
Dated: July 25, 2007

CERTIFICATION

I hereby certify that on this 25th day of July, 2007, a true and accurate copy of the within was filed electronically with this Court and to the following using the CM/ECF System: Stacy B. Ferrara, Esq., and Charles A. Pisaturo, Jr., Esq.

/s/ William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;450160;1