UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE CADLE COMPANY
APPELLANT

VS. CA. NO. 07-206 ML

RITA CALLAHAN,
APPELLEE

**APPELLEES' STATEMENT OF ISSUES ON APPEAL**

Pursuant to the Order of this Honorable Court entered on July 17, 2007, Appellees (Rita Callahan, Debtor and Stacy B. Ferrara, Chapter 7 Trustee for the estate of Rita Callahan) file the within Statement of Issues on Appeal.

The Appellant has submitted that the single issue on appeal for this Court's consideration is whether the United States Bankruptcy Court for the District of Rhode Island was correct in denying the Objection of the Appellant to the Appellee/Debtor's Claim of exemption. The Appellant also included as an issue, whether the Bankruptcy Court was correct in adopting and incorporating into its decision the Memorandum of Law filed by the Appellees. Therefore, the specific issues raised in Appellees' Memorandum of Law should be included as issues on appeal. Moreover, if this Court affirms the Bankruptcy Court on any one of the issues recited below, then the Bankruptcy Court's decision must be affirmed.

**ISSUES ON APPEAL:**

1. Whether Commercial Financial/SPC Acquisitions, Inc. had authority as a Chapter 11 debtor in possession to transfer any part of the October 2, 1996 Rhode Island Superior Court order.

2. Whether Commercial Financial/SPC Acquisitions, Inc.'s "Assignment of Order"

upon which appellant relies, is invalid and/or defective.

3. Whether the Rhode Island Superior Court "Charging Order" upon which Appellant relies is invalid and/or defective.

4. Whether Appellant holds a valid lien or attachment against the escrow account established by the debtor's employer E.S. Products.

5. Whether any garnishment of the debtor's wages within ninety (90) days of her bankruptcy filing constitute an avoidable preferential transfer under 11 U.S.C. §547.

6. If Appellant holds a valid lien or attachment, whether any such lien or attachment is avoidable under 11 U.S.C. §522(f) to the extent of the debtor's exemption claim under 11 U.S.C. §522(d)(5).

Respectfully Submitted,
The Debtor, Rita Callahan, by her attorney,

/s/Charles A. Pisaturo, Jr.
CHARLES A. PISATURO, JR. (REG. NO. 4615)
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI 02907
TEL: (401) 274-3800
FAX: (401) 751-6786

STACY B. FERRARA, CH. 7 TRUSTEE
By her attorneys,

/s/ Stacy B. Ferrara
STACY B. FERRARA, TRUSTEE
505 Tiogue Avenue, Suite B
Coventry, RI 02816
TEL.: (401) 823-7991
FAX: (401) 823-4040

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August 2007, I served by electronic filing (ECF), a true copy of the **APPELLEES' STATEMENT OF ISSUES ON APPEAL** to William J. Delaney, Esquire at wdelaney@tllaw.com.

/s/ Charles A. Pisaturo, Jr.
Charles A. Pisaturo, Jr.