**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE CADLE COMPANY,**
**APPELLANT**

**v.** **C.A. No. 07-206ML**

**RITA CALLAHAN,**
**APPELLEE**

**MOTION FOR STATUS CONFERENCE OR IN THE ALTERNATIVE, MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEFS OR IN THE FURTHER ALTERNATIVE, MOTION TO AMEND BRIEFING ORDER AND MEMORANDUM IN SUPPORT THEREOF**

NOW COMES the Appellant in the above-captioned matter and hereby requests a status conference, or in the alternative, an enlargement of time to file briefs and reply briefs or, in the further alternative, to seek a clarification or amend that Order entered by this Court on July 17, 2007 setting forth a briefing schedule (the "Briefing Order").

In support of its motion, the Appellant respectfully submits that subsequent to the issuance of the Briefing Order, on July 25, 2007, the Appellant filed its Statement of Issues on Appeal, listing one issue for appeal. On August 1, 2007, the Appellees filed their Statement of Issues on Appeal, consisting of six issues. The Briefing Order, particularly, paragraph 3, states that "within 30 days of the date of this Order, all counsel will file briefs, complying with all pertinent provisions of Rule 28 Federal Rules of Appellate Procedure. Reply briefs will be filed within 10 days thereafter."

On August 16, 2007, the Appellees filed their Brief; a reply brief pursuant to the Docket Report of the instant matter is scheduled to be filed on or before August 27, 2007. The Appellant has not reviewed the Appellees' Brief and filed the instant motion due to the fact that it is unclear

as to the scope and content of the Brief without the benefit of interaction with the Court as to what issues it wishes the parties to address on appeal; at this juncture, the Appellant remains unsure what to address in its brief. Therefore, the Appellant respectfully requests a status conference to clarify the briefing schedule and the issues to be presented to the Court on appeal. In the meantime, and from a procedural perspective, the Appellant requests an enlargement of time pursuant to Rule 6 of the Federal Rules of Civil Procedure in which to file **all** briefs, perhaps following the requested status conference. Alternatively, the Appellant believes that amending/revising the Briefing Order to schedule a status conference prior to requiring briefs may be appropriate to 'flesh out' common ground between the parties to avoid unnecessary time in fashioning, drafting and filing briefs.

In light of the foregoing, the Appellant respectfully requests this Court's consideration of either a status conference, an enlargement of time to file briefs or a hearing on amending the Briefing Order plus any other relief that this Court deems just and proper.

Respectfully submitted,
Appellant
By its Attorneys

/s/ William J. Delaney
William J. Delaney (#3643)
TILLINGHAST LICHT LLP
10 Weybosset Street, Suite 1000
Providence, Rhode Island 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com
Dated: August 20, 2007

CERTIFICATION

I hereby certify that on this 20th day of August, 2007, a true and accurate copy of the within was filed electronically with this Court and to the following using the CM/ECF System: Stacy B. Ferrara, Esq., and Charles A. Pisaturo, Jr., Esq.

/s/ William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;451142;1