**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE CADLE COMPANY,**
**APPELLANT**

**v.** **C.A. No. 07-206ML**

**RITA CALLAHAN,**
**APPELLEE**

**~~[PROPOSED]~~**

**CONSENT ORDER RE: MOTION FOR STATUS CONFERENCE OR IN THE ALTERNATIVE, MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEFS OR IN THE FURTHER ALTERNATIVE, MOTION TO AMEND BRIEFING ORDER**

This Consent Order is entered into by and between The Cadle Company, the Appellant herein, and Rita Callahan and Stacy B. Ferrara, in her capacity as Chapter 7 Trustee in Bankruptcy for Rita Callahan, the Appellees.

It is hereby stipulated as follows:

1. The Appellant shall have an enlargement of time to file its Brief to Monday, August 27, 2007.

2. The Appellees shall have 10 days from August 27, 2007 in which to file their Reply Brief, if any, to the Appellant's Brief.

3. The Appellant shall file, if necessary, a Motion to Enlarge Time on or before August 27, 2007 to file its Reply Brief to the Appellees' Brief; at this juncture, the deadline to file the said Reply Brief is August 27, 2007.

4. This Consent Order is subject to the approval of the United States District Court for the District of Rhode Island. Upon approval by the United States District Court for the

District of Rhode Island, this Consent Order shall have the effect of an Order of the United States District Court for the District of Rhode Island.

ENTER: [signature] 8/23/07

DATED: August 22, 2007

ORDER: [signature]

DATED: August 22, 2007

APPELLANT,
By its Attorneys,

/s/ Wiliam J. Delaney

William J. Delaney (#3643)
Tillinghast Licht LLP
10 Weybosset Street
Providence, Rhode Island 02903
(401) 456-1200; (401) 456-1210 (Fax)

RITA CALLAHAN,
By her Attorneys,

/s/ Charles A. Pisaturo, Jr.

Charles A. Pisaturo, Jr. (#4615)
Law Offices of Charles A. Pisatauro, Jr.
1055 Elmwood Avenue
Providence, Rhode Island 02907
(401)274-3800; (401) 751-6786 (Fax)

STACY B. FERRARA, CH. 7 TRUSTEE
By her Attorney,

/s/ Stacy B Ferrara

Stacy B. Ferrara, Trustee (#4344)
505 Tiogue Avenue, Suite B
Coventry, Rhode Island 02816
(401) 823-7991; (401) 823-4040

CERTIFICATION

I hereby certify that on this 22nd day of August, 2007, a true and accurate copy of the within was filed electronically with this Court and to the following using the CM/ECF System: Charles A. Pisaturo, Jr., Esq. and Stacy B. Ferrara, Trustee.

/s/ William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;451205;1