**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE CADLE COMPANY,**
**APPELLANT**

**v.** **C.A. No. 07-206ML**

**RITA CALLAHAN and**
**STACY B. FERRARA, TRUSTEE**

**APPELLEES**

**MOTION TO ENLARGE TIME TO FILE**
**REPLY BRIEF AND MEMORANDUM IN SUPPORT THEREOF**

Now comes the Appellant in the above-captioned matter, and pursuant to Rule 26 of the Federal Rules of Appellate Procedure or in the alternative, Rule 6 of the Federal Rules of Civil Procedure, hereby seeks an enlargement of time in which to file a reply brief to the Appellees' brief (the "Reply Brief") which Reply Brief is due on or before August 27, 2007.

In support of its Motion, the Appellant respectfully submits that on April 24, 2007, it filed its brief pursuant to a consent order entered by this Court entered on August 23, 2007. The Appellant has not had the opportunity to review the Appellees' brief and given the timing between the date of this motion and the due date as to the Reply Brief, there is little time for the Appellant to prepare a responsive pleading in the form of the Reply Brief.

In light of the foregoing, the Appellant respectfully requests this Court for an enlargement of time in which to file the Reply Brief to September 5, 2007.

Respectfully submitted,
APPELLANT
By its Attorneys,

/s/ William J. Delaney

William J. Delaney (#3643)
Tillinghast Licht LLP
10 Weybosset Street
Providence, Rhode Island 02903
(401) 456-1200; (401) 456-1210 (FAX)
wdelaney@tllaw.com

Dated: August 26, 2007

CERTIFICATION

I hereby certify that on this 26th day of August, 2007, a true and accurate copy of the within was filed electronically with this Court and to the following using the CM/ECF System: Stacy B. Ferrara, Esq. and Charles A. Pisaturo, Jr., Esq.

/s/ William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;451376;1