**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE CADLE COMPANY**
**Appellant**

**vs.**

**RITA CALLAHAN and STACY B. FERRARA, TRUSTEE**
**Appellees**

**C.A. 07-206ML**

**ON APPEAL** From The United States Bankruptcy Court For The District of Rhode Island

**SUPPLEMENT TO APPELLANT'S BRIEF**

NOW COMES the Appellant in the above-captioned matter, and hereby supplements its brief (the "Brief") dated August 24, 2007.

The Brief makes reference in III., Statement of the Case, B., Statement of Facts, that "[t]here is no joint statement of stipulated facts submitted before the Bankruptcy Court." The Appellant respectfully submit that that is not the case; a Joint Pretrial Order was filed with the United States Bankruptcy Court for the District of Rhode Island and on July 2, 2007, the Appellees filed an Amended Designation of Additional Items to be Included in the Record on Appeal and Statement of Issues, which included the aforementioned Joint Pretrial Order.

The Appellant apologizes for the misstatement in III. in its Brief.

**CERTIFICATE OF COMPLIANCE WITH RULE 32(a)**
Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements, and Type Style requirements

1. This supplement to brief complies with the type-volume Limitation of Fed. R. App. P. 32(a)(7)(B) because this supplement to brief uses a monospaced typeface and contains 76 number lines of text.

2. This supplement to brief complies with typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this supplement to brief has been prepared in a monospaced typeface using the WordPerfect 9.0 program with 12 characters per inch in Times Roman type style.

/s/ William J. Delaney

Respectfully Submitted,
APPELLANT
By its Attorneys,

\s\William J. Delaney
Tillinghast Licht LLP
10 Weybosset Street
Providence, Rhode Island 02903
Tel: (401) 456-1225; Fax: (401) 456-1210
wdelaney@tllaw.com

Dated: August 28, 2007

CERTIFICATION

I hereby certify that on this 28th day of August, 2007, a true and accurate copy of the within was filed electronically with this Court and to the following using the CM/ECF System: Stacy B. Ferrara, Atty. and Charles A. Pisaturo, Jr., Esq.

/s/ William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;451503;1