**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE CADLE COMPANY,**
**APPELLANT**

**v.** **C.A. No. 07-206ML**

**RITA CALLAHAN,**
**APPELLEE**

**APPELLANT'S RESPONSE TO APPELLEE'S RESPONSE TO SUBMISSION OF AFFADAVIT OF CAROLINE B. BENEDIKTSON**

NOW COMES the Appellant in the above-caption matter, and in response to the Appellees' response to submission of Affidavit of Caroline B. Benediktson dated November 13, 2007 (the "Appellees' Response"), respectfully submit that Counsel's forward a copy of the Appellees Response on to his client for review and comments.

Counsel expects the Apellent to file a response to the Appellees' Response, which will be filed in a timely manner.

Respectfully submitted,
Appellant
By its Attorneys

/s/ William J. Delaney
William J. Delaney (#3643)
TILLINGHAST LICHT LLP
10 Weybosset Street, Suite 1000
Providence, Rhode Island 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com
Dated: November 15, 2007

CERTIFICATION

I hereby certify that on this 15th day of November, 2007, a true and accurate copy of the within was filed electronically with this Court and to the following using the CM/ECF System: Stacy B. Ferrara, Esq., and Charles A. Pisaturo, Jr., Esq.

/s/ William J. Delaney

C:\Documents and Settings\wjd\Desktop\UNITED STATES DISTRICT COURTFOR THE DISTRICT OF RHODE ISLANDTHE.doc

## Appeal Documents

1:07-cv-00206-ML The Cadle Company v. Callahan

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered by Delaney, William on 11/15/2007 at 11:49 AM EST and filed on 11/15/2007

| | |
|---|---|
| **Case Name:** | The Cadle Company v. Callahan |
| **Case Number:** | 1:07-cv-206 |
| **Filer:** | The Cadle Company |
| **Document Number:** | 18 |

**Docket Text:**
Appellant's REPLY BRIEF by The Cadle Company. (Delaney, William)

**1:07-cv-206 Notice has been electronically mailed to:**

William J. Delaney wdelaney@rc-legal.com, mmorrison@tllaw.com

Charles A. Pisaturo , Jr cpisaturo@earthlink.net, patrice@pisaturolaw.necoxmail.com

**1:07-cv-206 Notice has been delivered by other means to:**

Stacy B. Ferrara
505 Tiogue Ave.
Suite B
Coventry, RI 02816

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=11/15/2007] [FileNumber=196726-0
] [67e581ed46a33173e993030e59b50d7eb1a184ed7b7e1a34a78d047158e022bbedd
7dae478b9009d9080e7a6fb223762007ed8150ec48f64c6707a1a26cc61ec]]