# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**THE CADLE COMPANY**
**Appellant**

**VS.** **C.A. NO. 07-206ML**

**RITA CALLAHAN and STACEY B. FERRARA, in her capacity as Chapter 9 trustee in bankruptcy for Rita Callahan (BK No. 06-11507)**
**Appellees**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the Appellees, Rita Callahan and Stacey B. Ferrara, Trustee against the Appellant, The Cadle Company, pursuant to the Memorandum and Order dated December 13, 2007 DENYING AND DISMISSING Appellant's appeal.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: December 13, 2007