**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE RITA CALLAHAN,** **BK No. 06-11507**
**DEBTOR**

---

**THE CADLE COMPANY,**
**APPELLANT**

**v.** **C.A. No. 07-206ML**

**RITA CALLAHAN and**
**Stacy B. Ferrara, Trustee**

**APPELLEES**

**NOTICE OF APPEAL TO THE UNITED STATES COURT**
**OF APPEALS FOR THE FIRST CIRCUIT**

THE CADLE COMPANY, Appellant herein, appeals to the United States Court of Appeals for the First Circuit from the Judgment of the District Court for the District of Rhode Island entered in this case on December 13, 2007.

The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

Rita Callahan, represented by Charles A. Pisaturo, Jr., Esq., 1055 Elmwood Avenue, Providence, RI 02907; and

Stacy B. Ferrara, Trustee, 505 Tiogue Avenue, Suite B, Coventry, RI 02816.

Respectfully submitted,
Appellant
By its Attorneys

/s/ William J. Delaney
William J. Delaney (#3643)
REAVIS CIANCIOLO LLC
55 Dorrance Street, Suite 200
Providence, Rhode Island 02903
(401) 272-5520; (401) 272-5501 (fax)
wdelaney@rc-legal.com
Dated: January 12, 2008

CERTIFICATION

I hereby certify that on this 12th day of January, 2008, a true and accurate copy of the within was filed electronically with this Court and to the following using the CM/ECF System: Stacy B. Ferrara, Esq., and Charles A. Pisaturo, Jr., Esq.

/s/ William J. Delaney