**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE RITA CALLAHAN,** **BK No. 06-11507**
**DEBTOR**

---

**THE CADLE COMPANY,**
**APPELLANT**

**v.** **C.A. No. 07-206ML**

**RITA CALLAHAN and**
**Stacy B. Ferrara, Trustee**

**APPELLEES**

## APPEAL TRANSCRIPT REQUEST

THE CADLE COMPANY, Appellant herein, hereby requests the transcript of that hearing (the sole hearing) of this Court on October 19, 2007 for purposes of its appeal of this Court's Judgment of December 13, 2007.

Respectfully submitted,
Appellant
By its Attorneys

/s/ William J. Delaney
William J. Delaney (#3643)
REAVIS CIANCIOLO LLC
55 Dorrance Street, Suite 200
Providence, Rhode Island 02903
(401) 272-5520; (401) 272-5501 (fax)
wdelaney@rc-legal.com
Dated: January 22, 2008

CERTIFICATION

I hereby certify that on this 22nd day of January, 2008, a true and accurate copy of the within was filed electronically with this Court and to the following using the CM/ECF System: Stacy B. Ferrara, Esq., and Charles A. Pisaturo, Jr., Esq.

/s/ William J. Delaney